☒ FILED   ☐ LODGED

**Jun 09 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DIAMOND J. ZAMBRANO
Assistant U.S. Attorney
Arizona State Bar No. 036390
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Diamond.Zambrano@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Daniel Alberto Mendoza-Murrieta,<br><br>Defendant. | No. CR-25-00857-PHX-DMF<br><br>**INFORMATION**<br><br>VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii)<br>(Transportation of an Illegal Alien)<br>Count 1<br><br>18 U.S.C. § 371<br>(Conspiracy to Commit an Offense Against the United States, Namely, Bringing an Illegal Alien to the United States)<br>Count 2 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

## COUNT 1

On or about May 18, 2025, in the District of Arizona, the defendant, DANIEL ALBERTO MENDOZA-MURRIETA, knowing and in reckless disregard of the fact that certain aliens, Esperanza Jasmine Andrade-Hernandez and Jose Villegas-Silvestre, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

## COUNT 2

Beginning on an unknown date and continuing up to and including May 18, 2025, in the District of Arizona and elsewhere, defendant DANIEL ALBERTO MENDOZA-MURRIETA did knowingly and willfully conspire and agree with others known and unknown, to commit a crime against the United States, namely, Bringing an Illegal Alien to the United States in violation of Title 8, United States Code, Section 1324(a)(2)(A).

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

1. On or before May 18, 2025, unknown co-conspirators in Mexico brought Esperanza Jasmine Andrade-Hernandez and Jose Villegas-Silvestre to the Mexican border with the United States, with the purpose that Esperanza Jasmine Andrade-Hernandez and Jose Villegas-Silvestre would enter the United States, knowing and in reckless disregard of the fact that Esperanza Jasmine Andrade-Hernandez and Jose Villegas-Silvestre did not have prior official authorization to come to, enter, and reside in the United States; and

2. On or about May 18, 2025, defendant DANIEL ALBERTO MENDOZA-MURRIETA transported Esperanza Jasmine Andrade-Hernandez and Jose Villegas-Silvestre in a vehicle within the District of Arizona to facilitate Esperanza Jasmine Andrade-Hernandez and Jose Villegas-Silvestre's illegal entry into the United States.

All in violation of Title 18, United States Code, Section 371.

Dated this __23__ day of __May__, 20__25__.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Diamond J. Zambrano*
DIAMOND J. ZAMBRANO
Assistant U.S. Attorney

- 2 -